# IN THE SUPREME COURT OF THE STATE OF NEVADA

SARAH GAZALA,
Appellant,
vs.
ODIN JOHNSON,
Respondent.

No. 74047

FILED

OCT 17 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on September 22, 2017, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.[1]

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Rena G. Hughes, District Judge, Family Court Division
The Grigsby Law Group
The Law Offices of Frank J. Toti, Esq.
Eighth District Court Clerk

---

[1]Audrey J. Beeson, Esq.'s notice of withdrawal filed on October 6, 2017, and motion to withdraw as attorney of record on October 11, 2017, are denied as moot. Aaron Grigsby's motion to withdraw as attorney of record for appellant filed on October 13, 2017, is denied as moot.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-35468